**Dismissed and Opinion Filed February 20, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01117-CV

**KENNETH SMITH AND SHANEL SMITH, Appellants**
**V.**
**JPMORGAN CHASE BANK, N.A., Appellee**

**On Appeal from the County Court at Law No. 2**
**Kaufman County, Texas**
**Trial Court Cause No. 17C-071-2**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Evans, and Justice Brown
Opinion by Chief Justice Wright

Before the Court is the parties' February 9, 2018 joint motion to dismiss appeal. The parties inform the Court that they have settled their differences. The parties' motion contains a stipulation that "the funds held in the registry of the County Court at Law No. 2 related to the stay of the writ of possession shall be released to [a]ppellants' counsel." The parties request we dismiss the appeal with prejudice, order each party to bear their own costs of appeal, and direct the Clerk of the County Court at Law No. 2 to release the supersedeas bond held in the court's registry to appellants' counsel.

We grant the parties' motion and, in accordance with their agreement, we dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(2)(A).


           /Carolyn Wright/
           CAROLYN WRIGHT
           CHIEF JUSTICE


171117F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

KENNETH SMITH AND SHANEL
SMITH, Appellants

No. 05-17-01117-CV     V.

JPMORGAN CHASE BANK, N.A.,
Appellee

On Appeal from the County Court at Law
No. 2, Kaufman County, Texas
Trial Court Cause No. 17C-071-2.
Opinion delivered by Chief Justice Wright.
Justices Evans and Brown participating.

In accordance with this Court's opinion of this date, we **GRANT** the parties' joint motion to dismiss and **DISMISS** this appeal with prejudice.

We **ORDER** each party to bear their own costs of this appeal and direct the Clerk of the County Court at Law No. 2 to release the supersedeas bond held in the court's registry to appellants' counsel.

Judgment entered February 20, 2018.